MICHAEL G. BAILEY
United States Attorney
District of Arizona
JASMINE N. LITTLE
Special Assistant United States Attorney
ATTN: ATZS-JAE (CPT Jasmine Little)
Fort Huachuca, AZ 85613-7025
Email: jasmine.n.little.mil@mail.mil
Phone: (520) 533-0580
Attorneys for Plaintiff

FILED ___ LODGED
RECEIVED ___ COPY

JAN - 8 2020

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

20-00002 MJ-(EJM)

INFORMATION
(Class B Misdemeanors)

A.R.S. § 28-1381.A.1. Impaired to the Slightest Degree (Class B)

A.R.S. § 28-1381.A.2. DUI 0.08 or More (Class B)

United States of America,

Plaintiff,

vs.

Jager R. Skidmore,

Defendant.

COUNT I

**A.R.S. § 28-1381.A.1. Impaired to the Slightest Degree**

On or about July 5, 2019, on Fort Huachuca, a federal military reservation within the District of Arizona, a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its exclusive jurisdiction, the defendant did drive or was in physical control of a vehicle while under the influence of intoxicating liquor at the time of driving or being in actual physical control of a vehicle, in violation of A.R.S. § 28-1381.A.1, an Arizona Class One Misdemeanor, as assimilated by the Federal Assimilative Crimes Act, 18 U.S.C. §§ 7 and 13, a Federal Class B Misdemeanor.

## COUNT II

**A.R.S. § 28-1381.A.2. Driving or Actual Physical Control With an Alcohol Concentration of 0.08 or More Within Two Hours of Driving**

On or about July 5, 2019, on Fort Huachuca, a federal military reservation within the District of Arizona, a place within the special maritime and territorial jurisdiction of the United States and on land acquired for the use of the United States and under its exclusive jurisdiction, the defendant did drive or was in actual physical control of a vehicle while having an alcohol concentration of 0.08 or more within two hours of driving or being in actual physical control of the vehicle, and the alcohol concentration resulted from alcohol consumed either before or while driving or being in actual physical control of the vehicle, in violation of A.R.S. § 28-1381.A.2, an Arizona Class One Misdemeanor, as assimilated by the <u>Federal Assimilative Crimes Act</u>, 18 U.S.C. §§ 7 and 13, a Federal Class B Misdemeanor.

Respectfully submitted this 8th day of January, 2020.

MICHAEL G. BAILEY
U.S. Attorney
District of Arizona

JASMINE N. LITTLE
Special Assistant U.S. Attorney